CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

SEP 16 2009

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No. 5:07CR00037 |
| | ) | Civil Action No. 5:09CV80153 |
| v. | ) | |
| | ) | **FINAL ORDER** |
| TRENA LYNN PIERCE, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The defendant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is **DENIED**;

2. The government's motion to dismiss is **DISMISSED AS MOOT**; and

3. This action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 14th day of September, 2009.

_____
United States District Judge